**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**  www.flsb.uscourts.gov

    \_\_\_\_  (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Lindell Miller-Simon                  CASE NO.: 09-36648-BKC-LMI

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $2812.04  for months 1 to 10;
    B.    $2983.59  for months 11 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $3650.00
                        $3500.00 + 150.00, total paid: $726.00

                        Due: $2924.00 payable: $292.40/mo. (Mos. 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

Select Portfolio Servicing                        Arrearage $28168.00
POB 65250                                              Arrears Payment $100.00/ mo. (Mos. 1 to 10)
Salt Lake City, UT 84165                       Arrears Payment $543.36/mo. (Mos. 11 to 60)
#7579                                                   Payment $2164.00/mo. (Mos. 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: : [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay: $5.00/mo. (Mos. 11 to 60).

Other Provisions Not Included Above: Debtors surrender 2821 Somerset Dr, #315A, Lauderdale Lakes FL to: Broward County, Somerset Condo Assn and Saxon Mortg -0782. Debtor to pay Waterview Condo Assoc (-3601) directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


*/s/ ROBERT J. BIGGE*_____
for Debtor

LF-31 (rev. 12/01/02)