IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LINDELL YVETTE MILLER-SIMON | § | CASE NO. 09-36648-BKC-LMI |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE LAUREL M. ISICOFF |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Saxon Mortgage Services, Inc.**
**1270 Northland Drive / Suite 200**
**Mendota Heights, Minnesota 55120**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7620-N-5314
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Saxon Mortgage Services, Inc.

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before December 10, 2009:

**Debtors' Attorney**
Robert J. Bigge Jr.
Attorney At Law
2101 N Andrews Ave #405
Wilton Manors, FL  33311

**Chapter 13 Trustee**
Nancy N. Herkert
Post Office Box 279806
Miramar, Florida 33027-4166

**U.S. Trustee**
Office of U.S. Trustee
51 S.W. First Avenue, Room 904
Miami, Florida 33130

    /s/ Joe M. Lozano, Jr.

    Joe M. Lozano, Jr.

7620-N-5314
noaelect