RE: _LINDELL Y. MILLER - SIMON_     Case # _09-36648_

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's prior Objections and deficiencies remain unresolved:   FEB 2 3 2010

**DOCUMENTS**
- ___ tax returns: personal 2006 2007 2008
- ___ bank account statements ☒ 3 months pre-petition
- ___ _____
- ___ Check copy _____
- ___ FMV and Payoff: V<u>ehicles</u> + <u>Real Estate</u>
- ___ Non homestead Information Sheet
- ___ LF 67 Cert. Compliance Request Confirmation
- ___ fee application (see court guideline 6)
- ___ wage deduction order or motion to waive
- ___ Domestic Support Info: name address and phone
- ___ affidavits of ___ support ___ rent
- ___ Info on transfer SOFA #3 #10 undisclosed
- ___ Tolling Agreement(s)
- ___ Proof of household size (government ID w/ address)
- ___ income understated  ☒ stubs  ☒ taxes
- ___ co-debtor ___ stubs ___ taxes
- ___ spouse's pay advices/spouse's wages not disclosed
- ___ proof/calculation of expenses: ☐ Sch J ☒ CMI line
- ___ Objection to Exemption unresolved ☐ TBE ☐ BLT

**PLAN ISSUES:**
- ___ Best effort < 36 months < 60 months
- ___ D/I > 100%  < 90%  Feasibility
- ___ CMI/DI _____ x 60 = _____
- ☐ Plus income/expenses issues ☐ Trustee estimate $____
- ___ good faith to unsecured
- ___ Ch 7 s/b _____ plus tax refund / valuations
- ___ calculation errors/improper months _____
- ___ valuation motion   not filed   or   not resolved
- ___ reaffirm, redeem or surrender Sch D & G creditor
- ___ creditor on plan not listed in Schedules or filed POC
- ___ other provisions: IVL 100% lawsuit lease gambling
- X Plan does not fund properly
- X Plan does not conform to/provide for secured/priority POC
  - _2_ Miami-Dade County   DE 18 Tax Certificate
  - ___ Dept of Revenue   ___ IRS
  - # _5_ ; # ___ ; # ___ ; # ___ ;
  - # ___ ; # ___ ; # ___ ; # ___ ;
  - # ___ ; # ___ ; # ___ ; # ___ ;

**BUSINESS DEBTOR DOCUMENTS**
- ___ BDQ & attachments
- ___ Profit and loss and Balance Sheet
- ___ bank statements and checks ___ mon
- ___ tax returns: biz 2005 2006 2007 2008

☐ Nothing was provided to the Trustee nor filed with this Court since _____
Other: _____

_The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee_
*********************************************************************************

This notice does not excuse your appearance at the hearing. Even if the trustee is recommending 5pm for document production or filing, the debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (14 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

**_IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR._**

***The Trustee's recommendation for the confirmation hearing on __March 3, 2010__ is as follows:

(09-36648) Debtor to provide/file by 5pm 1) object or amend to claims #2, #5, and DE 18 and 2) amend plan to fund properly

or the case will be dismissed with prejudice for 180 days if rec'd continue to April 7, 2010 at 9:01 am
(VESTED)

| Balance of requested documents must be received and issues addressed _at least_ by:   March 23, 2010 |

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY N. HERKERT, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027
(954) 443-4402