**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

**XX FIRST AMENDED PLAN** (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: LINDELL MILLER-SIMON                    CASE NO.: 09-36648-BKC-LMI

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $2,812.03 for months 1 to 11; and
    B.    $3,024.66 for months 12 to 60 in order to pay the following creditors:

Administrative: Attorney's Fee - $3,650.00
                               $3,500.00 plus 150.00 Total paid: $726.00

                     Balance Due: $2,924.00 payable: $265.83/mo. (Mos. 1 to 11)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Select Portfolio Servicing                    Arrearage $28168.00
POB 65250                             Arrears Payment $101.00/ mo. (Mos. 1 to 11)
Salt Lake City, UT 84165                Arrears Payment $552.19/mo. (Mos. 12 to 60)
#7579                                   Payment $2164.00/mo. (Mos. 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: : [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay: $6.00/mo. (Mos. 11 to 60).

Other Provisions Not Included Above: Debtors surrender 2821 Somerset Dr, #315A, Lauderdale Lakes FL to: Broward County, Somerset Condo Assn #315A and Saxon Mortg -0782. Debtor to pay Waterview Condo Assoc (-3601) directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ ROBERT J. BIGGE* _____
for Debtor

LF-31 (rev. 12/01/02)