

## ORDERED in the Southern District of Florida on April 09, 2010.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

LINDELL MILLER-SIMON,   CASE NO.: 09-36648-BKC-LMI
                        Chapter 13
  Debtor.               MIAMI-DADE Division
_____/

### ORDER CONTINUING OBJECTION TO CLAIMS NO. 2 OF MIAMI-DADE COUNTY TAX COLLECTOR, CLAIM NO. 5 OF KONDAUR CAPITAL CORPORATION, AND NOTICE OF ADDITIONAL CREDITOR - PPTS 1 LLC AS TAX CERTIFICATE HOLDER DOCKET ENTRY #18

THIS CAUSE having come before the court on the 7th day of April, 2010, upon the Debtor's Objection to Claims No. 2 of Miami-Dade County Tax Collector, Claim No. 5 of Kondaur Capital Corporation, and Notice of Additional Creditor - PPTS 1 LLC as Tax Certificate Holder Docket Entry #18 and the Court, based on the record, and being otherwise duly advised in the premises, it is

ORDERED and ADJUDGED that the hearing to consider Debtor's Objection to Claims No. 2 of Miami-Dade County Tax Collector, Claim No. 5 of Kondaur Capital Corporation, and Notice of Additional Creditor - PPTS 1 LLC as Tax Certificate Holder Docket Entry #18 is continued to **May 4, 2010, at 1:30 p.m., Claude Pepper Federal Building, 51 S.W.1st Ave., Courtroom 1409, Miami, Florida 33130**.

###

Submitted by:

BIGGE & RODRIGUEZ is directed to serve a copy of this order
on the parties noted and to file a Certificate of Service.

Lindell Yvette Miller-Simon
20505 E Country Club Dr, #136
Aventura, FL 33180

Nancy N. Herkert, Trustee
via electronically

Office of the US Trustee
via electronically

Miami-Dade County Tax Collector
c/o Priscilla Windley
Miami Dade Bankruptcy Unit
140 W Flagler St, Suite 1403
Miami, FL 33130-1575

Kondaur Capital Corp.
c/o Lawrence M. Weisberg, Esquire
Greenfield & Coomber, P.A.
7000 Palmetto Park Road, Ste 402
Boca Raton, FL 33433

Kondaur Capital Corporation
P. O. Box 1449
Orange, CA 9856

PPTS 1 LLC

Tax Certificate Holder #7318

P.O. BOX 2288

Morristown, NJ 07962