UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDING UNDER CHAPTER 13

CASE NO.:  09-36648-BKC-LMI

IN RE:

LINDELL YVETTE MILLER-SIMON

**NOTICE OF CONTINUED CONFIRMATION HEARING
AND TRUSTEE'S OBJECTION TO EXEMPTIONS**

YOU ARE HEREBY NOTIFIED that the Confirmation Hearing and the Trustee's Objection to Exemptions has been continued to May 4, 2010, at 9:01 AM, at 51 South West First Avenue, Room 1409, Miami, Florida 33130.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing and Trustee's Objection to Exemptions was mailed to those parties listed below on this 23rd day of APRIL 2010.

Nancy N. Herkert, Esquire
Standing Chapter 13 Trustee
Post Office Box 279806
Miramar, Florida 33027
Telephone: (954) 443-4402
Fla. Bar No. 441856

By:   /s_____
      Nancy N. Herkert, Esquire

COPIES FURNISHED TO:

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027

LINDELL YVETTE MILLER-SIMON

20505 E COUNTRY CLUB DR
#136
AVENTURA, FL  33180

ROBERT J. BIGGE, JR.
2101 N ANDREWS AVE, #405
WILTON MANORS, FL  33311

Case 09-36648-LMI    Doc 49    Filed 04/23/10    Page 3 of 3