RE: _LINDELL Y. MILLER-SIMON_                Case # _09-36648_

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's prior Objections and deficiencies remain unresolved: APR 20 2010

**DOCUMENTS**
- ___ tax returns: personal  2006 2007 2008
- ___ bank account statements ☐ 3 months pre-petition
- _____
- _____
- ___ Check copy _____
- _____
- ___ FMV and Payoff: Vehicles   Real Estate
- ___ Non homestead Information Sheet
- ___ LF 67 Cert. Compliance Request Confirmation
- ___ fee application (see court guideline 6)
- ___ wage deduction order or motion to waive
- ___ Domestic Support Info: name address and phone
- ___ affidavits of ____ support ____ rent
- ___ Info on transfer SOFA #3 #10 undisclosed
- ___ Tolling Agreement(s)
- ___ Proof of household size (government ID w/ address)
- ___ income understated ____ stubs ____ taxes
-       co-debtor ____ stubs ____ taxes
- ___ spouse's pay advices/spouse's wages not disclosed
- ___ proof/calculation of expenses: ☐ Sch J ☐ CMI line
- _____
- _____
- _____
- ___ Objection to Exemption unresolved ☐ TBE ☐ BLT

**PLAN ISSUES:**
- ___ Best effort < 36 months < 60 months
- ___ D/I > 100%   < 90%   Feasibility
- ___ CMI/DI _____ x 60 = _____
-     ☐ Plus income/expenses issues ☐ Trustee estimate $____
- ___ good faith to unsecured
- ___ Ch 7 s/b _____ plus tax refund / valuations
- ___ calculation errors/improper months _____
- ___ valuation motion   not filed   or   not resolved
- ___ reaffirm, redeem or surrender Sch D & G creditor
- ___ creditor on plan not listed in Schedules or filed POC
- ___ other provisions: IVL 100% lawsuit lease gambling
- ___ Plan does not fund properly
- _X_ Plan does not conform to/provide for secured/priority POC
- (obj/pend) _2_ Miami-Dade County (#18) Tax Certificate (obj. pend)
- ___ Dept of Revenue    ___ IRS
- #_5 obj_; #_10_; #____; #____;
- #____; #____; #____; #____;
- #____; #____; #____; #____;

**BUSINESS DEBTOR DOCUMENTS**
- ___ BDQ & attachments
- ___ Profit and loss and Balance Sheet
- ___ bank statements and checks ____ mon
- ___ tax returns: biz  2005  2006  2007  2008

☐ Nothing was provided to the Trustee nor filed with this Court since
Other: _____

_The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee_
*********************************************************************************

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (14 days before confirmation hearing) may not be considered or reviewed until the next hearing date.  5pm refers to the end of business on the hearing date.

**IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.**
_The debtor or debtor's attorney must appear at the confirmation hearing_

***The Trustee's recommendation for the confirmation hearing on  _May 4, 2010_  is as follows:
**Dismiss with prejudice 180 days: docs not received and issues not addressed, unless the debtor provide/files by 5pm:**

a) obj/conform to claim #10

**if rec'd continue to June 1, 2010 at 9:01 am**
| Balance of requested documents must be received and issues addressed _at least_ by: May 14, 2010 |

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY N. HERKERT, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027
(954) 443-4402