ORDERED in the Southern District of Florida on *June 4, 2010*



_____

**Laurel Myerson Isicoff, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Lindell Yvette Miller-Simon                    CASE NO.  09-36648-BKC-LMI

          Debtor(s).                           Chapter 13
_____ /

### ORDER SPECIALLY SETTING EVIDENTIARY HEARING

The Court having been advised that the hearing on the *Objection to Claim No. 5 of Kondaur Capital Corporation (DE # 31)* shall be an evidentiary hearing, it is

**ORDERED AND ADJUDGED** as follows:

1.      The hearing on the *Objection to Claim No. 5 of Kondaur Capital Corporation (DE # 31)* is set for July 21, 2010 at 2:00 p.m. at the United States Bankruptcy Court, 51 S.W. First Avenue, Miami, Florida in Courtroom 1409.  The Court has set aside thirty minutes for this hearing.  Counsel is obligated to contact the Courtroom Deputy if more time is required.

2.      **If any discovery is necessary it must be completed no later than three (3) business days prior to the scheduled hearing.**

3.      The parties shall bring to the hearing:

(a)    An exhibit list showing the exhibits, including deposition transcripts, intended to be offered as evidence at the hearing.  Movants and/or Plaintiffs shall mark their exhibits numerically.   Respondents and/or Defendants shall mark their exhibits alphabetically;

(b)    a set of pre-marked exhibits to the Court and opposing counsel, and copies of relevant exhibits to the witness(es);   and

(c)    any witnesses.

4.    At the conclusion of the hearing the Court, in lieu of final argument, the Court may request that each party submit a proposed Memorandum Opinion incorporating findings of fact and conclusions of law in hard copy to chambers.

### 

Copies furnished to:

Raysa I. Rodriguez, Esq.

Attorney Rodriguez shall serve a conformed copy of this order upon all interested parties and file a Certificate of Service of same with the Clerk of Court.

2